*William Scott 2d, Harry G. Anderson* and *Rudolph Stand* for appellant.

*Fred A. Dickinson, District Attorney (William F. Horan* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of NEW YORK AMBASSADOR, INC., Appellant, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents.

Argued April 17, 1953; decided May 29, 1953.

*Milton M. Bergerman* and *Michael J. Lichtenstein* for appellant.

*Denis M. Hurley, Corporation Counsel (Andrew Bellanca* and *Seymour B. Quel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JAMES A. LEARY, Respondent.

Argued April 15, 1953; decided May 29, 1953.